MARGARET McGIVERN, as Administratrix of JAMES McGIVERN, Deceased, Appellant, *v.* THE FALL BROOK RAILWAY COMPANY, Respondent.

*McGivern* v. *Fall Brook Ry. Co.*, 52 App. Div. 633, affirmed.
(Argued February 27, 1902; decided March 25, 1902.)

APPEAL from a judgment entered July 25, 1900, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon a nonsuit granted at a Trial Term.

*James O. Sebring* for appellant.

*Frederick Collin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: MARTIN and CULLEN, JJ.